DAVID B. GOLUBCHIK (State Bar No. 185520)
RICHARD P. STEELMAN, JR. (State Bar No. 266449)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; rps@lnbyg.com; jmr@lnbyg.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. Case No.: 8:26-ap-01097-SC |
| MICHAEL R. KAPLAN, individually and as trustee of the MICHAEL R. KAPLAN INTERVIVOS TRUST and MICHAEL R. KAPLAN RETIREMENT PLANS aka OPTHAMOLOGY INSIGHTS PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW STUPIN, an individual; and JULIE STUPIN, an individual,<br><br>Defendants. | **NOTICE OF HEARING ON DEFENDANTS ANDREW STUPIN AND JULIE STUPIN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**[Filed with Defendants' Motion to Dismiss; Appendix of Unpublished Authorities]**<br><br>Hearing<br>Date: November 18, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>411 W Fourth St.<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND PLAINTIFFS THROUGH THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 18, 2026, at 11:00 a.m. in Courtroom 5C of the above-referenced United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 W Fourth St., Santa Ana, CA 92701, pursuant to Federal Rules of Civil Procedure ("**FRCP**") 12(b)(6) ("**Rule 12(b)(6)**"), 8(a)(2) ("**Rule 8(a)(2)**") and 9(b) ("**Rule 9(b)**"), made applicable herein by Federal Rules of Bankruptcy Procedure ("**FRBP**") 7012(b), 7008, and 7009, respectively, debtors, debtors in possession, and defendants Andrew Stupin ("**Mr. Stupin**") and Julie Stupin ("**Mrs. Stupin**" together with Mr. Stupin are "**Defendants**") will, and hereby do, bring their concurrently filed motion (the "**Motion**") to dismiss each and every claim for relief in the "*Complaint For Determination Of Nondischargeability Of Debts Under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), 523(a)(4), 523(a)(6) and 523(a)(19)*" ("**Complaint**," adv. dkt. 1) filed by Plaintiffs Michael R. Kaplan, individually and as trustee of the Michael R. Kaplan Intervivos Trust and Michael R. Kaplan Retirement Plans aka Opthamology Insights Profit Sharing Plan (collectively "**Plaintiffs**") in the above-referenced adversary proceeding (Case No. 8:26-ap-01097-SC).

**PLEASE TAKE FURTHER NOTICE** that Defendants have reserved their rights to have certain matters heard by an Article III tribunal and to jury trial as set forth in greater detail in Section IV of the Motion's annexed memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any party that wishes to oppose the relief requested in the Motion must file not later than 14 days prior to the scheduled hearing date, with the Clerk of the Bankruptcy Court, located at 411 W Fourth St., Santa Ana, CA 92701, and serve upon Defendants' counsel, located at the address indicated on the upper left corner of the first page of this notice, "a complete written statement of all reasons in opposition thereto ..., declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities."

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing on the Motion allows utilization of ZoomGov subject to the Court's instructions to be provided in its tentative

ruling on the Motion. Such ZoomGov accessibility information for the hearing on the Motion will be provided by the Court in its tentative ruling prior to the hearing and can be obtained on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in this Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Hearing, the concurrently filed Motion with annexed Memorandum of Points and Authorities (adv. dkt. 10), all pleadings and records on file in this action and the underlying bankruptcy case, and such briefing, papers and argument as may be permitted. The Motion is based on the Complaint's failure to meet the pleading requirements under Rule 8(a)(2), Rule 9(b), and Rule 12(b)(6). As such, for the reasons discussed below and in the Motion, Plaintiffs' claims in the Complaint must be dismissed.

**<u>First</u>**, the first, second, third, sixth, eighth, and ninth claims improperly incorporate unspecified allegations made elsewhere in the Complaint, leaving Defendants and the Court to determine which alleged conduct sounding in fraud supports each claim. That form of shotgun pleading does not provide fair notice of the grounds for the claims and fails to satisfy Rule 8(a)(2).

**<u>Second</u>**, nine of the ten claims[1] either allege fraud or sound in fraud, but the Complaint does not plead the alleged misconduct with the particularity required by Rule 9(b). Rather than identifying the who, what, when, where, and how of each alleged misrepresentation, diversion, or concealment, Plaintiffs rely on generalized allegations spanning approximately two decades and repeatedly refer to unspecified conduct "alleged above."

**<u>Third</u>**, the Complaint's alter-ego theory rests on conclusory allegations made "on information and belief" and does not plead specific facts establishing unity of interest or an inequitable result as to Defendants and each of the approximately twenty-five limited liability

---

[1] Only the seventh claim for relief for breach of promissory notes for money judgment does not sound in fraud.

companies ("**LLCs**") that Plaintiffs have improperly defined as the "Stupin Entities" in Exhibit 1 of the Complaint without the requisite detail. That defect also undermines the claims (including but not limited to the seventh claim for relief for breach of promissory notes) seeking to impose on Defendants liability for obligations allegedly incurred by the LLCs or otherwise separate entities such as Via Lido Group II, LLC.

**Fourth**, the individual claims suffer additional, fatal defects. The first and second claims for nondischargeability under 11 U.S.C. § 523(a)(2)(A) rely substantially on alleged oral statements concerning Defendants' or insiders' financial condition, but such statements are not actionable under 11 U.S.C. § 523(a)(2)(A). The fifth claim for nondischargeability under 11 U.S.C. § 523(a)(6) does not plead facts plausibly showing that Mr. Stupin subjectively intended a willful and malicious injury. The seventh claim for breach of promissory notes does not attach the promissory notes or adequately plead their material terms or legal effect. The tenth claim does not plausibly plead wrongful use or explain how claims arising from transactions allegedly beginning in approximately 2005 are timely under the four-year limitations period for financial elder abuse claims.

**WHEREFORE**, Defendants respectfully request the Court to enter an Order:

1. granting this Motion without leave to amend;
2. dismissing the Complaint with prejudice; and
3. granting such other and further relief as is just and proper in the circumstances.

Dated: October 16, 2026 LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Richard P. Steelman, Jr.*
DAVID B. GOLUBCHIK
RICHARD P. STEELMAN, JR.
JOSEPH M. ROTHBERG
Attorneys for Defendants Andrew Stupin and Julie Stupin, Chapter 11 Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEFENDANTS ANDREW STUPIN AND JULIE STUPIN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Adam M Greely agreely@fbfk.law, dstolar@vrslaw.net
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2026 | D. Woo | */s/ D. Woo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |