DAVID B. GOLUBCHIK (State Bar No. 185520)
RICHARD P. STEELMAN, JR. (State Bar No. 266449)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; rps@lnbyg.com; jmr@lnbyg.com

FILED & ENTERED

NOV 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

Attorneys for Defendants Andrew Stupin and Julie Stupin,
Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession.<br><br>---<br><br>MICHAEL R. KAPLAN, individually and as trustee of the MICHAEL R. KAPLAN INTERVIVOS TRUST and MICHAEL R. KAPLAN RETIREMENT PLANS aka OPTHAMOLOGY INSIGHTS PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW STUPIN, an individual; and JULIE STUPIN, an individual,<br><br>Defendants. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. Case No.: 8:26-ap-01097-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE NOVEMBER 18, 2026 HEARING ON DEFENDANTS' MOTION TO DISMISS AND DECEMBER 9, 2026 SCHEDULING CONFERENCE TO REDUCE LITIGATION FEES AND COSTS, TO FOCUS ON RESOLUTION, AND TO PROMOTE JUDICIAL ECONOMY**<br><br>Motion to Dismiss Hearing<br>Date: November 18, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C, 411 W Fourth St. Santa Ana, CA 92701<br><br>Scheduling Conference<br>Date: December 9, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C, 411 W Fourth St. Santa Ana, CA 92701 |

The Court, having reviewed and considered the "*Stipulation To Continue November 18, 2026 Hearing On Defendants' Motion To Dismiss And December 9, 2026 Scheduling Conference To Reduce Litigation Fees And Costs, To Focus On Resolution, And To Promote Judicial Economy*" (the "**Stipulation**," adv. dkt. 14), finds good cause and hereby APPROVES the Stipulation as follows:

1. The Court continues the November 18, 2026 hearing on Defendants' Motion to Dismiss the Complaint to June 9, 2027, at 11:00 a.m. All deadlines related to the Motion to Dismiss briefing (*e.g.*, opposition and reply brief deadlines) correspond to the new hearing date.

2. The December 9, 2026 status conference is continued to June 9, 2027, at 11:00 a.m.

3. On or before May 12, 2027, the Parties will file a joint status report with the Court to advise the Court whether: (A) Plaintiffs will be filing a First Amended Complaint by a certain deadline (and Defendants would request 30 days to file a responsive pleading to any such amended complaint); (B) Defendants' Motion to Dismiss the Complaint is moving forward on the June 9, 2027 continued hearing date; or (C) the Parties are seeking a further continuance of the Motion to Dismiss and/or initial status conference due to any discussions regarding case resolution.

4. During this continued period of time through May 12, 2027, the subject action is stayed, and the Parties will engage in a stand down of the action, meaning they shall not engage in discovery or other motion practice in this action to minimize their legal fees and costs and focus on resolution of the action.

**IT IS SO ORDERED.**

###

Date: November 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge